MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | No. MJ20-336<br><br>INVOCATION OF RIGHTS AT INITIAL APPEARANCE |

I, Margaret Channon, the defendant in the above-entitled case, accept Christopher Sanders and Vanessa Pai-Thompson as my attorneys, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation, or examination by law enforcement. This invocation of my rights applies to the investigation in this case and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 12th day of June 2020.

/s/ *Vanessa Pai-Thompson*, on behalf of:
Margaret Channon

Approved by:

s/ *Christopher Sanders*
s/ *Vanessa Pai-Thompson*
Attorneys for Defendant



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**