MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | No. MJ 20-336-MLP<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO CONFERENCE |

I, Margaret Channon, the above named defendant, acknowledge that I have been advised by my lawyers and the Court – by this form – that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing on:

Friday, June 12, 2020

I have been advised by my lawyers that because of coronavirus disease 2019 (COVID-19), the Governor of the Washington State has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order regarding emergency hearings. As a result, I cannot be personally present in open court for this scheduled hearing. Therefore, I wish to waive my right to be personally present in open court for the above hearing(s), and I



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing(s) by video/telephonic conference.

I have discussed with my lawyers this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized my lawyers to electronically execute this form on my behalf.

DATED this 12th day of June, 2020.

s/ *Vanessa Pai-Thompson*
*s/ Christopher M. Sanders*
Assistant Federal Public Defenders
(executed on behalf of Defendant)



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**