MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | No. MJ 20-336-MLP<br><br>NOTICE OF APPEARANCE OF COUNSEL |

NOTICE IS GIVEN that Assistant Federal Public Defender Christopher M. Sanders appears as counsel for the Defendant, Margaret Channon. It is requested that notice of all filings be served upon the undersigned.

DATED this 12h day of June, 2020.

Respectfully submitted,

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Email: Christopher_Sanders@fd.org