AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By [signature]
Deputy Clerk

United States of America
v.
MARGARET AISLINN CHANNON
*Defendant*

Case No. MJ20-336

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MARGARET AISLINN CHANNON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Arson, 18 U.S.C. 844(f)(1) and 844(i)

Date: 06/11/2020

[signature]
*Issuing officer's signature*

City and state: Seattle, Washington

Michelle L. Peterson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/11/2020, and the person was arrested on *(date)* 6/11/2020
at *(city and state)* TACOMA

Date: 6/12/2020

[signature] #5499
*Arresting officer's signature*

SA GREG HELLEN
*Printed name and title*