MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET AISLINN CHANNON,<br>Defendant. | NO. MJ20-336<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

NOTICE IS HEREBY GIVEN that Christopher Sanders withdraws as counsel for Margaret Aislinn Channon.

DATED this 15th day of June, 2020.

Respectfully submitted,

s/ *Christopher Sanders*
Assistant Federal Public Defender



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**