MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET AISLINN CHANNON,<br>Defendant. | NO. MJ20-336-MLP<br><br>PRELIMINARY HEARING WAIVER |

I am a defendant charged in this case. My attorney has explained to me my right to have a preliminary hearing and the purpose of that proceeding. I understand that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary hearing.

I have also authorized my lawyer to electronically sign this form on my behalf.

Dated this 22nd day of June, 2020.

s/*Vanessa Pai-Thompson*
On behalf of Margaret Channon

Presented by:
s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Margaret Channon



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**