CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | No. MJ 20-336<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO CONFERENCE |

I, Margaret Channon, the above-named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

I am scheduled to have the following hearing on July 15, 2020: Detention review hearing.

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-20 regarding Emergency Hearings. As a



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

result, I cannot currently be personally present in open court for this scheduled hearing. Therefore, I wish to waive my right to be personally present in open court for the above-hearing, and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing by video conference.

I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized my lawyer to electronically execute this form on my behalf.

Dated this 15th day of July, 2020

s/ *Vanessa Pai-Thompson*
Counsel's signature, electronically executed,
On behalf of Margaret Channon



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**