The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARGARET AISLINN CHANNON,<br>Defendant. | NO. MJ20-336-MLP-JCC<br><br>NOTICE OF APPEARANCE |

The United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Helen J. Brunner, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Helen J. Brunner is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

Helen J. Brunner
United States Attorney's Office
700 Steward Street, Suite 5220
Seattle, Washington 98101-1271
Fax Number: (206) 553-0755

Dated this 20th day of June, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5172
E-mail: Micki.Brunner@usdoj.gov