CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ20-336 |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER GRANTING MOTION TO SEAL EXHIBITS |
| MARGARET AISLINN CHANNON, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Margaret Channon to file Exhibits B–D to her Memorandum in Support of Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS ORDERED that Exhibits B–D be filed under seal.

DATED this 20 day of July 2020.

BRIAN A. TSUCHIDA
CHIEF U.S. MAGISTRATE JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Margaret Channon



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**