THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | CASE NO. 2:20-mj-00336-MLP-JCC<br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion (Dkt. No. 32) to temporarily seal the transcript of Defendant Margaret Channon's detention hearing before the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 33). The Court hereby GRANTS the motion and ORDERS that the transcript remain under seal for 90 days pursuant to Amended General Order No. 15-15.

DATED this 21st day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk