UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>MARGARET AISLIINN CHANNON,<br><br>Defendant-Appellee. | No. 20-30154<br><br>D.C. No.<br>2:20-mj-00336-MLP-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, SCHROEDER and CALLAHAN, Circuit Judges.

The court has received appellant's emergency motion to stay appellee's release on bail. The parties have since notified the Court that appellee has already been released pursuant to the district court's order. Accordingly, we deny appellee's emergency motion (Docket Entry No. 2) as moot.

We sua sponte expedite this appeal. Appellant's Federal Rule of Appellate Procedure 9(a) memorandum is due Friday, July 24, 2020 by 3:00 p.m. Appellee's response is due Wednesday, July 29, 2020. Appellant's optional reply may be filed by Friday July 31, 2020.

KWH19-/MOATT