# DEFENDANT STATUS SHEET

(One for each defendant)

## I. CASE STATUS

Name of Defendant: Margaret Aislinn Channon

Has defendant had initial appearance in this case? ☑ Yes ☐ No

MJ 20-336 CR

## II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 27, 2020

Defense Attorney's Name and address: Vanessa Pai-Thompson, FPD

The estimated trial time is 5 days.

(Revised March 2018)