UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARGARET AISLINN CHANNON,

Defendant.

NO. CR20-129 JCC

ORDER CONTINUING CONDITIONS OF RELEASE

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set. DATED this 20th day of August, 2020.

UNITED STATES MAGISTRATE JUDGE



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970