CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET AISLINN CHANNON,<br>Defendant. | No. MJ 20-336<br><br>DECLARATION OF LOST PASSPORT |

I, Margaret Aislinn Channon, declare the following:

1. My true and correct name is Margaret Aislinn Channon.

2. I was released on an appearance bond dated July 21, 2020. Dkt. ___.

3. As a condition of the appearance bond, I was ordered to "surrender all current and expired passports and travel documents."

4. While it is my recollection that I at one time possessed an expired passport, after searching my belongings, I cannot locate that expired passport, and believe that it has been lost. If I locate that expired passport, I will surrender it.

5. I do not have a current passport or any other travel documents. I further acknowledge that I am prohibited from applying for or obtaining a new passport or



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**

travel documents without permission of the Court, as long as I am on pretrial services supervision pursuant to the appearance bond.

6. The above information is true and correct to the best of my knowledge.

DATED this 18th day of August, 2020.

Margaret Aislinn Channon

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Margaret Channon



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**