THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET CHANNON,<br>Defendant. | No. CR 20-129-JCC<br><br>WAIVER OF SPEEDY TRIAL |

I, Margaret Channon, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the date of my trial from March 8, 2021, to a date up to and including June 21, 2021.

I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

I further give consent to my attorney to electronically sign this waiver on my behalf.

DATED this 27th day of January, 2021.

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
(Signed on behalf of Margaret Channon)

Presented by:
s/ *Vanessa Pai-Thompson*
Attorney for Margaret Channon



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**