THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARGARET AISLINN CHANNON,<br>Defendant. | CASE NO. CR20-0129-JCC<br><br>ORDER |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to the consideration of the Plea Agreement under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, hereby accepts Defendant's plea of guilty to Count 1 contained in the Indictment. Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED THIS 28th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE